UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LINDA HOY,

                                  Plaintiff,                    **ORDER**

    v.

                                                                          **12-MC-48S(F)**

QAR, INC.,

                                  Defendant.
_____

        By papers filed August 14, 2012 and September 26, 2012, Plaintiff moves for a judgment debtor exam and to compel (Doc. Nos. 3 and 5, respectively).  Defendant's response shall be filed not later than **October 19, 2012**.  Plaintiff's reply, if any, shall be filed not later than **October 24, 2012**.  Oral argument shall be heard before the undersigned on **October 25, 2012 at 2:00 p.m.**

        Defendant is reminded that corporate parties may only appear in federal court by counsel admitted to practice in such court.  *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201 (1993) ("It has been the law the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Grace v. Bank Leumi Trust Co. of New York*, 443 F.3d 180, 192 (2d Cir. 2006) (noting default judgment may be entered against a corporation that fails to appear through counsel), *cert. denied,* 549 U.S. 1114 (2007).

        The Clerk of Court is directed to serve Defendant via the United States Postal Service at 55 Pineview Dr., Suite 300, Amherst, New York, 14228 and via email at gbechakas@roadrunner.com.

SO ORDERED.

                                                                     /s/ *Leslie G. Foschio*
                                                          _____
                                                              LESLIE G. FOSCHIO
                                           UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2012
       Buffalo, New York